**DISMISS and Opinion Filed December 30, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01146-CV

### JEREMY J. HEIMBACH, Appellant
### V.
### ROBERT SCOTT DIEROLF, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-16-00070-A**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Goldstein

Before the Court is the parties' joint motion to dismiss this appeal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

221146F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JEREMY J. HEIMBACH, Appellant

No. 05-22-01146-CV        V.

ROBERT SCOTT DIEROLF,
Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-16-00070-
A.

Opinion delivered by Justice
Goldstein. Justices Pedersen, III and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear his own costs of this appeal.

Judgment entered December 30, 2022